UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BERT LEE EZELL, | ) | |
| | ) | CIVIL ACTION NO. |
| Petitioner, | ) | |
| | ) | 3:04-CV-1716-G |
| VS. | ) | |
| | ) | CRIMINAL ACTION NO. |
| UNITED STATES OF AMERICA, | ) | 3:94-CR-277(01)-G |
| | ) | **ECF** |
| Respondent. | ) | |

**ORDER**

The court has made a *de novo* review of the findings, conclusions, and recommendation of the United States Magistrate Judge. The findings, conclusions, and recommendation of the United States Magistrate Judge are correct and are hereby **ADOPTED**. Petitioner's motion is **DENIED** in part and **GRANTED** in part. The motion is granted only to the extent the court will enter a modified sentence correcting the allocation between the felon in possession charge and the failure to appear charge.

**SO ORDERED**.

July 31, 2006.

A. JOE FISH
CHIEF JUDGE